No. 79–6043.  KIBERT v. BLANKENSHIP, CORRECTIONAL SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 79–6045.  JOHNSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 79–6057.  GRAY v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 79–6082.  THOMPSON v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 79–6146.  DOUGLAS, AKA JOHNSON v. MARYLAND. C. A. 4th Cir.  Certiorari denied.

No. 79–6147.  SMITH v. COLLINS, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 79–6155.  AUSTIN v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 79–6158.  BOYKIN v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 79–6159.  MARTIN v. BLACKBURN, WARDEN, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 79–6161.  HOHENSEE v. SOUTHARD ET AL.  Sup. Ct. Pa. Certiorari denied.

No. 79–6164.  DUNCAN v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 79–6166.  THOMAS v. MICHIGAN.  Sup. Ct. Mich. Certiorari denied.